## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DALNOVIS DELAROSA ARIAS,          :          No. 3:24cv829
                                  :
                    Petitioner    :          (Judge Munley)
                                  :
            v.                    :
                                  :
WARDEN ARVIZA,                    :
                                  :
                    Respondent    :

**ORDER**

   **AND NOW**, to wit, this ___ day of July 2024, upon consideration of the

petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), and for

the reasons set forth in the accompanying memorandum, it is hereby **ORDERED**

that:

   1.   The petition for writ of habeas corpus is **DENIED**.  (Doc. 1).

   2.   The Clerk of Court is directed to **CLOSE** this case.


                                        **BY THE COURT:**


                                        **JUDGE JULIA K. MUNLEY**
                                        **United States District Court**